# STEPHEN TSAI
## Law Offices

991 U.S. Highway 22 West, Suite 102, Bridgewater, New Jersey 08807 USA
Telephone: (908) 927-1000  Facsimile: (908) 927-1002

STEPHEN TSAI*

*Also admitted in N.Y.

May 29, 2009

*via facsimile: (609) 989-0496*

Hon. Freda L. Wolfson, U.S.D.J.
Clarkson S. Fisher Federal Building and U.S. Courthouse
402 East State Street, Room 5050
Trenton, New Jersey 08608

RECEIVED
AT 8:30
JUN - 1 2009
WILLIAM T. WALSH
CLERK

Re: Siamak Matt Ghaffari v. Benjamin M. Hern
Case No. 06-931 (FLW)

Motion for Summary Judgment

Dear Judge Wolfson:

This office serves as co-counsel to Siamak Matt Ghaffari, the Plaintiff in the above-referenced matter.

We respectfully request an adjournment of the Motion for Summary Judgment filed by the Defendant Benjamin Hern and an extension of the time to respond to the Motion. The Motion is currently returnable June 15, 2009, and the Plaintiff's response is due June 1, 2009.

We have already spoken with Mr. Hern's attorney, Mr. Sciarrabone, and he graciously consents to a two-week extension.

We very much appreciate the Court's Consideration of this matter. Thank you.

Respectfully,

STEPHEN TSAI

ST/st
cc: Thomas C. Sciarrabone, Esq. *(via facsimile (732) 758-0799)*
    Edward F. Siegel, Esq. *(via facsimile (216) 831-6584)*

1307A

IT IS SO ORDERED:

_Freda L. Wolfson_ 6/1/09
FREDA L. WOLFSON, U.S.D.J.